UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 16 2007

GREGORY C. LANGHAM
CLERK

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)      :

Civil Action No. MDL 875

**This Document Relates To:**
_____x

RAYMOND MILLER

_____x

UNITED STATES DISTRICT COURT
STATE OF COLORADO

**RAYMOND MILLER**        :

                          :

v.                        :   Civil Action No. 87-851 cv - LTB- DEA

**ARMSTORNG WORLD
INDUSTRIS, et al.**       :

---

### MOTION AND ORDER TO TRANSFER TO "BANKRUPT'S ONLY" DOCKET

Plaintiff here submits to the Court, in accordance with this Court's Administrative Order No. 12, that the only remaining claims in this action are against Defendants in bankruptcy and that the Plaintiff wishes at this time to pursue those claims through the bankruptcy claim process.

Plaintiff therefore moves that this action be transferred to the Court's administrative "Bankrupt's Only" docket. The Plaintiff understands that should there be a change of circumstances, the Plaintiff, may, upon compliance with Administrative Order No. 12, petition the Court to have this action reinstated against certain Defendants.

Plaintiff further understands that it is Plaintiff's responsibility to submit a final dismissal order to this Court when all claims have been resolved.

So Ordered

*James T. Giles*
James T. Giles    J.
11/9/2007

SUBMITTED BY:				SO ORDERED:


_____		_____
Conard Metcalf				James T. Giles, Judge
Attorney for Plaintiff
1435 Arapahoe Avenue
Boulder, CO 80302
(303) 442-0173